In The United States District Court
For The District of Massachusetts
Worcester Division

FILED IN OFFICE

2004 SEP -3 P 1:03

David Wattleton,
Representing Himself
And On Behalf of Those
Similarly Situated Persons.
                    Plaintiff,

        v.

United States Department of Justice
                    Defendant.

Supplemental Brief In Support of
Motion To Proceed In Forma Pauperis

        COMES Now, the plaintiff, David Wattleton, through pro se,
representing himself and on behalf of others similarly situated persons
hereby files this supplemental brief in support of motion to proceed
In forma Pauperis to argue that he is an involuntary committed
insanity acquittee and not a "prisoner" within the meaning of
28 U.S.C. Section 1915(e) so the Prison Litigation Reform Act
and therefore he does not have to establish his poverty by way of
a prison account statement.

        Wherefore, for the foregoing reasons Mr. Wattleton request that
this Court should grant his motion to proceed in forma pauperis.

                    Respectfully submitted

                    David Wattleton