UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


DAVID WATTLETON,                      )
        Plaintiff,                    )
                                      )        C.A. No. 04-40181-MLW
     v.                               )
                                      )
UNITED STATES DEPARTMENT OF           )
JUSTICE,                              )
        Defendant.                    )

ORDER

WOLF, D.J.                                              August 16, 2005


     On June 30, 2005, this court ordered petitioner David
Wattleton, within forty-two days, or, by August 12, 2005, to pay
the filing fee or submit a new application for waiver of the filing
fee.  The court provided Wattleton with an application.  Wattleton
has not made the requisite filings. Accordingly, it is hereby
ORDERED that this case is DISMISSED for want of prosecution.


                                   /s/ Mark L. Wolf
                                  UNITED STATES DISTRICT COURT