## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-40181

David Wattleton

v.

Department of Justice

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 8/16/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 29, 2005.

Sarah A Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __8/30/05__.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Worcester)
## CIVIL DOCKET FOR CASE #: 4:04-cv-40181-MLW

David Wattleton v. Department of Justice
Assigned to: Judge Mark L. Wolf
Related Case: 4:05-cv-40093-RWZ
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 09/03/2004
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

### Plaintiff

**David Wattleton**
*Representing himself and on behalf of other similarly situated persons*

represented by **David Wattleton**
50260-019
FMC, Devens
PO Box 879
Ayer, MA 01432
PRO SE

V.

### Defendant

**United States Department Of Justice**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by David Wattleton.(Hassett, Kathy) (Entered: 09/03/2004) |
| 09/03/2004 | 2 | Supplemental Brief in Support re 1 MOTION for Leave to Proceed in forma pauperis filed by David Wattleton. (Hassett, Kathy) (Entered: 09/03/2004) |

| | | |
|---|---|---|
| 09/03/2004 | 3 | COMPLAINT Filing fee: Motion to proceed in forma pauperis filed, filed by David Wattleton.(Hassett, Kathy) (Entered: 09/03/2004) |
| 06/30/2005 | 4 | Judge Mark L. Wolf : ORDER entered denying 1 Motion for Leave to Proceed in forma pauperis. For the reasons stated in the Memorandum and Order, the Court denies without prejudice Wattleton's motion to proceed in forma pauperis. If Wattleton chooses to proceed with prosecution of this case, he must, within forty-two (42) days of the date of this order, pay the filing fee or submit a new application for waiver of the filing fee containing all of the information requested therein and signed under pains of perjury. (McGlamery, Jeanette) (Entered: 07/01/2005) |
| 08/16/2005 | 5 | Judge Mark L. Wolf : ORDER entered. ORDER DISMISSING CASE(O'Leary, Dennis) (Entered: 08/17/2005) |
| 08/16/2005 | 6 | NOTICE OF APPEAL as to 4 Order on Motion for Leave to Proceed in forma pauperis,,, 5 Order Dismissing Case by David Wattleton. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/6/2005. (Boyce, Kathy) (Entered: 08/18/2005) |