IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 AUG 29 P 3:18

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| DAVID WATTLETON, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Case No. 04-40181-MLW |
| § | |
| United States Department of Justice, § | |
| § | |
| Defendants. § | |

NOTICE OF APPEAL

Notice is hereby given that plaintiff, David Wattleton appeals the dismissal of his 42 U.S.C. § 1983 civil rights complaint against the defendants in the above captioned case adopted by this court as the judgment in this case on or about August 11, 2005 to the United States Court of Appeals for the First Circuit.

Dated: This  25  day of  August , 2005.

Respectfully submitted,

David Wattleton