§ 2254 Rules                                    Form 1

## IN FORMA PAUPERIS DECLARATION

[Insert appropriate court]

David Wattleton
(Petitioner)

v.

Dept of Justice
(Respondent(s))

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, D Wattleton, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   $ 5-26-99 - $785⁰⁰ per mo

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?   Yes ☐   No ☒
   b. Rent payments, interest or dividends?              Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?   Yes ☐   No ☒
   d. Gifts or inheritances?                             Yes ☐   No ☒
   e. Any other sources?                                 Yes ☐   No ☒

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own cash, or do you have money in checking or savings account?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____ None

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____ (date).

D. Wattleton
Signature of Petitioner

623

Form 1            **§ 2254 Rules**

## Certificate

I hereby certify that the movant herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined.
I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ institution: _____

_____

_____
Authorized Officer of Institution

(Amended, effective August 1, 1982; effective December 1, 2004.)

624