IN THE

UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

| | |
|---|---|
| DAVID WATTLETON, § | |
| § | |
| Plaintiff, § | |
| § | |
| § | |
| vs. § | Case No. 04-40181-MLW |
| § | |
| § | |
| UNITED STATES DEPARTMENT OF § | |
| JUSTICE, § | |
| § | |
| Defendant. § | |

MEMORANDUM OF THE APPELLANT

ADDRESSING THE ISSUE OF FEDERAL RULES OF APPELLATE

PROCEDURE 24

NOW COMES, the Plaintiff-Appellant, David Wattleton, through pro se, hereby files this memorandum for the purpose of arguing that he is not a "prisoner" within the meaning of 28 U.S.C. § 1915 and inmate-account procedures of § 1915 do not apply to him because he has been civilly committed. See, Perkins v Hedricks, 340 F3d 582, 583 (8th Cir 2003); Kolocotronis v Morgan, 247 F3d 726, 728 (8th Cir 2001); King v Greenblatt, 53 F.Supp2d 117, 138 (D. Mass 1999). Thus, this Court should grant the appellant in forma pauperis status without requiring that he file financial affidavit in the district court in compliance with Fed. R. App. P. 24 and Loc. R. 3(b).

Wherefore, for the aforementioned reasons the appellant request an order from this Court consistent with the above.

Respectfully submitted,

David Wattleton