# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 05-2307
DC No. 04-40181

DAVID WATTLETON, Representing Himself and On Behalf of Other Similarly Situated Persons

Plaintiff - Appellant

v.

U.S. DEPARTMENT OF JUSTICE

Defendant - Appellee

**ORDER OF COURT**
**Entered: November 8, 2005**

Appellant has filed an application to proceed without prepayment of fees and affidavit in this court, which we transmit to the district court for action. Fed. R. App. P. 24(a). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If defendant-appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(b).

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 11/9/05

By the Court:
Richard Cushing Donovan, Clerk

JULIE GREGG
By:_____
Operations Manager

[Certified Copies: Hon. Mark L. Wolf and Ms. Sarah A. Thornton, Clerk of the United States District Court of Massachusetts]

[cc: David Wattleton, Michael J. Sullivan, USA, Gregg Shapiro, AUSA]