*[handwritten: 04-40181 USDC/MA Wolf, M.]*

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2712

DAVID WATTLETON, Representing Himself and On Behalf of Other Similarly Situated Persons

Plaintiff - Appellant

v.

US DEPARTMENT OF JUSTICE

Defendant - Appellee

---

**JUDGMENT**
Entered: December 27, 2005

By order entered November 28, 2005, appellant was directed to show cause in writing as to why this appeal should not be dismissed as duplicative of Appeal No. 05-2307. Appellant was warned that failure to respond by December 12, 2005 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b). Defendant's appeal shall proceed under No. 05-2307.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*George Khetas*
Deputy Clerk
Date: 2/17/06

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By:_____
Chief Deputy Clerk

[cc: David Wattleton, Michael J. Sullivan, USA]